# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2009

138224

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ZIARA FITZGERALD, a Minor, by her
Next Friend, GEAMILL GIBSON,
            Plaintiff-Appellant,

v

BOARD OF HOSPITAL MANAGERS FOR
THE CITY OF FLINT, d/b/a HURLEY
MEDICAL CENTER,
            Defendant-Appellee,

and

LARRY D. YOUNG and NORTHPOINTE
COMMUNITY AND EDUCATION CENTER,
a/k/a HAMILTON COMMUNITY HEALTH
NETWORK, INC.,
            Defendants.
_____/

SC: 138224
COA: 280032
Genesee CC: 04-080012-NH

On order of the Court, the application for leave to appeal the December 30, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2009

_____
Clerk